**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 15-7060

———————————

JOSEPH COPPOLA,

                Petitioner - Appellant,

       v.

TERRY O'BRIEN, Warden,

                Respondent - Appellee.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.   John Preston Bailey, District Judge.  (2:14-cv-00013-JPB-JES)

———————————

Submitted:  August 20, 2015        Decided:  September 17, 2015

———————————

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joseph Coppola, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Coppola, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Coppola v. O'Brien, No. 2:14-cv-00013-JPB-JES (N.D. W. Va. June 17, 2015). We deny Coppola's pending motions for appointment of counsel and to stay his transfer pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED